# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH ANN PITTS,** : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 17-3979 |
| : | |
| **DEPARTMENT OF VETERANS AFFAIRS** : | |
| **PA VA MC,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 26th day of March 2018, upon consideration of Defendants' Motion to Substitute the United States of America as Defendant and to Dismiss for Lack of Jurisdiction (Doc. No. 8), and in accordance with the memorandum opinion issued this day, it is hereby **ORDERED** that the Motion is **GRANTED**. The United States of America is **SUBSTITUTED** for all named Defendants. The Complaint is **DISMISSED** for lack of jurisdiction and without leave to amend. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED.**

                                          BY THE COURT:

                                          **/s/ Cynthia M. Rufe**
                                          _____
                                          **CYNTHIA M. RUFE, J.**